UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MERANDA HYMAN, Plaintiff | CIVIL ACTION NO. 1:19-CV-00206 |
| VERSUS | JUDGE DRELL |
| VOV GmbH, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that VOV GmbH's Rule 12(b)(5) Motion to Dismiss (ECF No. 7) is GRANTED, and that Hyman's claims against VOV GmbH are DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 16th day of March, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT